

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00100-CV

**JOSHUA AREY AND ROGINA KIMMONS,**

                      **Appellants**

 **v.**

**THE SHIPMAN AGENCY, INC.,**

                      **Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 17-002869-CV-85**

## O R D E R

Appellee's Motion to Conduct Discovery filed on August 10, 2018 is denied.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed September 5, 2018

